**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA CUMMINGS,

        Plaintiff,

v.                                                          Case No: 6:20-cv-670-Orl-40EJK

MICHAEL KORS (USA), INC.,

        Defendant.
_____/

## ORDER

This cause comes before the Court on the parties' Stipulation of Dismissal With Prejudice (Doc. 26), filed July 23, 2020. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Orlando, Florida on January 6, 2021.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties